IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| United States of America, | Case No. 3:13-po-70 |
| Plaintiff, | |
| -vs- | Magistrate Judge Newman |
| AARON MARSH, | |
| Defendant. | |

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Operation of Vehicle While Under the Influence of Alcohol, in violation of the Ohio Revised Code, Section 4511.19 (A)(1)(a) made in Count 2 of the Information or Violation Notice 3886602, is hereby AMENDED to charge Having Physical Control of Vehicle While Under the Influence, in violation of the Ohio Revised Code, Section 4511.194.

IT IS SO ORDERED.

Date: 4/10/13

United States Magistrate Judge

4/10/13

Assistant United States Attorney